IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:17-CV-00140-RJC-DSC

| MICHAEL JONES, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LOWE'S COMPANIES, INC., | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" filed by A. Todd Brown, Sr, concerning Holly H. Williamson on April 28, 2017. Ms. Williamson seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the Motion.

**IT IS THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" is **GRANTED.** Ms. Holly H. Williamson is hereby admitted *pro hac vice* to represent Lowes Companies, Inc.

**SO ORDERED.**

Signed: April 28, 2017

_____
David S. Cayer
United States Magistrate Judge