# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:17-cv-00140-RJC-DSC

**MICHAEL JONES,**

    **Plaintiff,**

v.

**LOWE'S COMPANIES, INC.,**

    **Defendant.**

## ORDER

**THIS MATTER** is before the Court on the Parties' Consent Motion to amend the Case Management Plan as to the schedule for discovery and trial following judicial resolution of their discovery disputes. After conferring with the chambers of the Honorable Robert J. Conrad, Jr., the Motion is **GRANTED IN PART**, as follows:

    Plaintiff shall identify experts and provide reports by August 6, 2018.

    Defendant shall identify experts and provide reports by September 10, 2018.

    The Parties will complete all discovery by October 1, 2018.

    The Parties will mediate the case by October 1, 2018.

    Dispositive motions shall be filed by October 31, 2018.

    Oral Arguments will be heard the week of December 10, 2018

    The trial will be set for the first term after January 1, 2019.

**SO ORDERED.**     Signed: May 24, 2018

_____

David S. Cayer
United States Magistrate Judge