UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00140-RJC-DSC

| MICHAEL JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LOWE'S COMPANIES, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Lowe's Companies, Inc.'s ("Defendant") Appeal of Magistrate Judge's Decision, (Doc. No. 50). In its motion, Defendant objects to the Magistrate Judge's Order granting in part and denying in part Plaintiff's Motion to Compel, (Doc. No. 50), pursuant to Rule 72 of the Federal Rules of Civil Procedure. Defendant objects to the Order to Compel only to the extent that it precludes Defendant from asserting attorney-client privilege and redacting information that falls within that privilege. (Doc. No. 50 at 1). Plaintiff has indicated to Defendant that he "understands [the Magistrate Judge's] Order to *not* waive attorney-client privilege in producing documents … and anticipates that Defendant may assert that privilege and provide an appropriate log." (Id.). The Court agrees.

1

Upon review of Defendant's Appeal of the Magistrate Judge's Order, (Doc. No. 50), the Court **SUSTAINS** Defendant's objection and agrees that Defendant shall have the ability to assert attorney-client privilege when it complies with the Magistrate Judge's Order.

Signed: June 19, 2018

Robert J. Conrad, Jr.
United States District Judge