# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:17-CV-00140-RJC-DSC

| | |
|---|---|
| **MICHAEL JONES,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**LOWE'S COMPANIES, INC.,**<br><br>　　**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission Pro Hac Vice and Affidavit [for Matthew P. Bosher]" (document #55). For the reasons stated therein, the Court will <u>grant</u> the Motion.

**SO ORDERED.**

Signed: June 22, 2018

_____
David S. Cayer
United States Magistrate Judge