UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00140-RJC-DSC

| | |
|---|---|
| MICHAEL JONES, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> LOWE'S COMPANIES, INC., ) </br> ) </br> Defendant. ) </br> ) </br> ) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Unseal, (Doc. No. 100); Defendant's Motions to Seal, (Doc. Nos. 104, 106); and the parties' associated briefs and exhibits.

The Court hereby orders the parties to meet and confer to identify the specific documents which the parties would like the Court to examine to determine whether they should remain sealed. Additionally, the parties are encouraged to identify any portions of relevant documents which can be redacted to protect confidential and proprietary information.

**SO ORDERED.**

Signed: February 6, 2019

Robert J. Conrad, Jr.
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendant.