UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00140-RJC-DSC

| | |
|---|---|
| MICHAEL JONES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LOWE'S COMPANIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court sua sponte. A jury trial is scheduled in the above-captioned case for March 4, 2019. Currently, Defendant's Motion for Summary Judgment, (Doc. No. 71), and various Motions to Unseal and Seal Documents, (Doc. Nos. 100, 104, 106), are pending before the Court.

Accordingly, the Court hereby **CONTINUES** the trial date until it has resolved the pending motions. This date shall be determined by a separate order at a later date. As such, the Court hereby **SUSPENDS all pretrial deadlines** until the setting of a new trial date.

**SO ORDERED.**

Signed: February 6, 2019

Robert J. Conrad, Jr.
United States District Judge